IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN DOSS,** | NO. 02:06-cv-00723-MCE-PAN-P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, Warden, et al.,** | |
| Respondents. | |

On May 24, 2006, respondent moved for an extension of time in which to file a response to the petition. Good cause appearing, respondent's request will be granted and the answer filed on June 23, 2006, will be deemed timely filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time of thirty days, to and including June 23, 2006, in which to file a response to the petition for writ of habeas corpus in this matter is granted.

2. Respondent's answer filed June 23, 2006, is deemed timely filed.

/////

/////

1

1        3. Petitioner has thirty days from the date of this order to file a traverse.

2   DATED: July 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
doss0723.ext