IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DOSS,

    Petitioner,                    No. CIV S-06-0723 MCE PAN P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.               ORDER

_____/

    On July 27, 2006, petitioner requested an extension of time to August 4, 2006 to file and serve a traverse.  On July 20, 2006 petitioner was granted thirty days from the date of the order to file and serve a traverse.  The result of that extension was that petitioner's traverse is due on or before August 19, 2006.

    Since granting petitioner's request for an extension would reduce his time to file a traverse by approximately two weeks, IT IS HEREBY ORDERED that petitioner's July 27, 2006 request for an extension of time is denied.

DATED: July 31, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
doss0723.111