IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DOSS,

      Petitioner,                        No. 2:06-cv-00723 ALA HC

    vs.

TOM CAREY, Warden, et al.,               ORDER

      Respondents.

_____/

      Petitioner is proceeding *pro se* with an application for writ of habeas corpus under 28 U.S.C. § 2254.

      The parties are directed to file simultaneous briefs within twenty-one (21) days from the date of this order addressing the applicability, if any, of *Mayle v. Felix*, 545 U.S. 644 (2005), to the question of whether Petitioner's newly filed Amended Petition is substantially different from his original filing and, therefore, does not relate back to the original petition and may be time-barred.

///

///

///

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   Within twenty-one (21) days of this order, the parties shall file the requested
3        briefing.
4   2.   The Clerk of the Court shall serve a copy of this order on all parties.

5   ///

6   DATED: December 26, 2007

7                                       /s/ Arthur L. Alarcón
8                                       _____
9                                       UNITED STATES CIRCUIT JUDGE
10                                      Sitting by Designation